TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00699-CV

Paul L. Leach, Appellant

v.

Elaine McDade, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 240,251, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 Paul L. Leach and Elaine McDade have filed an Agreed Motion to Dismiss this
appeal. We grant the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Agreed Motion

Filed: May 27, 1999

Do Not Publish